UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**ERROL RICHARD DODD,**

    **Plaintiff,**

v.                                                   Case No: 5:19-cv-357-Oc-41PRL

**STATE OF FLORIDA,**

    **Defendant.**

/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs ("Motion," Doc. 2), which is construed as a motion to proceed *in forma pauperis*. United States Magistrate Judge Philip R. Lammens issued a Report and Recommendation ("R&R," Doc. 12), in which he recommends denying Plaintiff's Motion and dismissing the Complaint (Doc. 1). (Doc. 12 at 3). Previously, Judge Lammens conducted a frivolity review of the complaint pursuant to 28 U.S.C. § 1915(e)(2) in which he found the Complaint to be frivolous and granted Plaintiff until September 9, 2019, to file an amended complaint. (*See* August 20, 2019 Order, Doc. 7). And, at that time, Judge Lammens took Plaintiff's Motion under advisement. As the R&R notes, Plaintiff has failed to file an amended complaint and the time to do so has passed.

After a *de novo* review of the record, and noting that no objections were timely filed, this Court agrees entirely with the analysis set forth in the Report and Recommendation.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 12) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2), construed as a motion to proceed *in forma pauperis*, is **DENIED**.

3. The Complaint (Doc. 1) is **DISMISSED**. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on October 3, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties